JULIUS BRAUNSTEIN, Respondent, v. ABRAHAM WOLFF and Others, Impleaded with MARYLAND CASUALTY COMPANY and Others, Appellants.—

Judgment modified by deducting from the amount adjudged to be a lien the sum of $548 for extra work, reducing the recovery to $1,950, with interest thereon from January 29, 1916, and costs; and as so modified affirmed, without costs of this appeal. No opinion. Settle order on notice, containing appropriate findings in accordance with this decision. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.